

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

**DEBRA K. AASMUNDSTAD**
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
1301 Clay Street
Oakland, CA 94612-5206
TEL: (510) 637-3600
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

April 27, 2006

Honorable Saundra B. Armstrong
United States District Judge
Northern District of California
1301 Clay Street
Oakland, CA 94612

Re:  Adelman Z. Joseph
     Docket No.:  CR 06-00080-01
     <u>TRAVEL REQUEST</u>

**U.S. Probation Officer are directed to serve this order upon all other parties in this action.**

Your Honor:

On September 20, 2005, in the Northern District of Ohio, the offender was sentenced by Honorable Solomon Oliver Jr., to two (2) years probation, for a violation of the following: Count One: Mailing of Prohibited Items and Aiding and Abetting, 18 U.S.C. § 2, 1716(a), and (j)(1), a Class B misdemeanor. The following special conditions of supervision were ordered: special assessment $25. Supervision commenced in the Northern District of California on September 20, 2005. On February 1, 2006, Your Honor signed a transfer of jurisdiction order.

Joseph Zachary Adelman has completed six months of probation without incident. The offender has no other criminal history other than the instant offense. Mr. Adelman is married and has a three year old son. The offender has his own herbal vitamin and supplement business that appears to be doing well. There have been no issues of non compliance during the six months of supervision and the offender has requested permission to travel to Canada.

Mr. Adelman is a Canadian citizen. He was born and raised in Canada and is a legal resident alien in the United States. The offender has requested permission to travel to Canada from July 1, through July 14, 2006, to attend a family reunion. Mr. Adelman would be joined by his wife and son. The family would be returning to the United States on July 14, 2006, to Scranton, Pennsylvania. The offender further requested to attend a wedding in Pennsylvania on July 15, 2006. Joseph Zachary Adelman would return to the Northern District of California on July 16, 2006.

NDC-SUPV-049 11/14/05

Adelman Z. Joseph
CR 06-00080-01

Page 2

The undersigned recommends that the court grant the offender's request to travel to Canada. The Canadian Consulate in San Francisco and the Assistant United States Attorney Dana Wagner have been contacted and there are no objections.

Respectfully submitted,

Cristopher Taylor
U.S. Probation Officer

Reviewed by:

Marlana R. Peter
Supervisory U.S. Probation Officer

Travel is:
☒ Approved
☐ Denied

5-9-06
Date

Saundra B. Armstrong
United States District Judge

NDC-SUPV-049 11/14/05